IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY AL-ATOUM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-2734-S-BN |
| | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM OPINION AND ORDER TERMINATING
AS NOT NECESSARY MOTION FOR EXTENSION**

On March 24, 2026, Plaintiff Kimberly Al-Atoum filed a notice of appeal [Dkt. No. 47] as to the February 27, 2026 judgment [Dkt. No. 46] and moved to extend the time to file a notice of appeal [Dkt. No. 48]. *See also* Dkt. No. 45 (February 27 order accepting the January 23, 2026 magistrate judge's findings, conclusions, and recommendation [Dkt. No. 44] (the "FCR")).

Al-Atoum's notice of appeal filed on March 24 is timely because it was "filed with the district clerk within 30 days after entry of the judgment." FED. R. APP. P. 4(a)(1)(A).

And, to the extent that Al-Atoum may believe otherwise because she intends to appeal the FCR, and her notice was not filed within 30 days after entry of the FCR, the FCR was neither an order of the Court nor appealable to the United States Court of Appeals for the Fifth Circuit (as an order of the Court) until it "was converted into an order on [February 27]" – instead, "it was merely advisory" when it was entered on January 23. *James v. Smith*, 152 F.4th 594, 603-04 (5th Cir. 2025) (citing *United*

- 2 -

*States v. Cooper*, 135 F.3d 960, 963 (5th Cir. 1998) ("The magistrate judge's report is nothing like a jury verdict or the oral disposition of a district judge, for the magistrate's role under [28 U.S.C. § 636(b)(1)(B)] is advisory, not adjudicatory.... In short, [under Section 636(b)(1)(B)], 'the magistrate has no authority to make a final and binding disposition.'" (quoting *United States v. Raddatz*, 447 U.S. 667, 673 (1980)))).

The Court therefore requests that the Clerk of Court TERMINATE the motion for extension [Dkt. No. 48].

SO ORDERED.

DATED: March 25, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE